**CIVIL CAUSE FOR CONFERENCE:** Oral Argument (2/30).
2:00 pm — 3:00 pm

Before JUDGE: **GLEESON**          DATE: 7/18/2014          TIME: 11:30 Am — 1:00 pm

Docket Number: 05 MD 1720 and 14 MD 1720

TITLE: In Re Payment Card Interchange Fee and Merchant Discount Antitrust

Courtroom Deputy: **Ilene Lee**          CR: Tony Mancuso.

(Transcript Request Email: Anthony_Mancuso @ Nyed.uscourts.gov)

APPEARANCES:

FOR PLAINTIFF: (Please see attached list.)

FOR PLAINTIFF: _____

FOR DEFENDANT: (Please see attached list.)

FOR DEFENDANT: _____

✓  CASE CALLED.

— Oral Arguments heard in both cases regarding:

- Defendant's motions to dismiss the Opt-Out complaints/claims.
  (The Court has DENIED these motions for the reasons as stated on the record.)

- Defendant's motions to dismiss the Declaratory Judgment actions.
  (The Court has DENIED these motions for the reasons as stated on the record.)

- Defendant's motion to dismiss the Salveson complaints.
  (The Court's decision is reserved and will be filed separately via ECF.)

- Future Opt-In procedures.
  (A proposed notice on these procedures is due by Sept. 23, 2014.)

- Third party claims filers.
  (Reports on status given — still ongoing.)

- Franchiser/Franchisee.
  (Submissions are due by Sept. 23, 2014.)

**ATTORNEY APPEARANCES FOR THE IN RE VISA/MASTERCARD CHECK CARD
MDL ORAL ARGUMENT IN BOTH
05-MD-1720 AND 14-MD-1720**

**Date:  July 18, 2014**

**PLAINTIFFS/OBJECTORS:**

K. Craig Wildfang, Esq.
Alexandra Bernay, Esq.
Paul Slater, Esq.
Joseph Vanek, Esq.
James Bennett, Esq.
James Wilson, Esq.
Richard T. Victoria, Esq.
Robert Kaplan, Esq.
Kevin Landau, Esq.
Joseph M. Alioto, Esq.
Lingel H. Winters, Esq.
Jeffrey I. Shinder, Esq.
H. Laddie Montague, Esq.

**DEFENDANTS:**

Mark Ladner, Esq.
Robert Vizas, Esq.
Michael Shuster, Esq.
Michael Miller, Esq.
Peter S. Julian, Esq.
David Lesser, Esq.
Kenneth Gallo, Esq.
Gary Carney, Esq.
Keila Ravelo, Esq.
Matthew Freimuth, Esq.
Robert Mason, Esq.
Mark Merley, Esq.
Benjamin R. Nagin, Esq.
Gary J. Malone, Esq.