UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Delta Air Lines, Inc., et al. v. Visa, Inc., et al.,* No. 13-cv-04766 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiffs Delta Air Lines, Inc. (and as successor in interest to Northwest Airlines Corp.), Delta Private Jets, Inc., and MLT, Inc. in the action *Delta Air Lines, Inc., et al. v. Visa, Inc., et al.*, No. 13-cv-04766 (E.D.N.Y.) (JG) (JO) (collectively the "Settling Plaintiffs"), having fully settled all of their respective claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Settling Plaintiffs' claims and actions against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs; and

WHEREAS because that dismissal will terminate and dispose of the claims and actions of the Settling Plaintiffs, and there are no pending counterclaims, cross-claims, or third-party claims to which the Settling Plaintiffs are subject, there is no just reason for delay in entering judgment as to the Settling Plaintiffs pursuant to Federal Rule of Civil Procedure 54(b).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and actions of the Settling Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs, and, pursuant to Federal Rule of Civil

Procedure 54(b), the Clerk of the Court is hereby directed to enter a judgment dismissing with prejudice all claims of Delta Air Lines, Inc. (and as successor in interest to Northwest Airlines Corp.), Delta Private Jets, Inc., and MLT, Inc. in *Delta Air Lines, Inc., et al. v. Visa, Inc., et al.*, No. 13-cv-04766 (E.D.N.Y.) (JG) (JO).

Dated: Aug. 27, 2014.

NIX, PATTERSON & ROACH, LLP

By: _____
Richard E. Norman
R. Martin Weber, Jr.
Crowley Norman LLP
Three Riverway, Suite 1775
Houston, TX 77056
(713) 651-1771
rnorman@crowleynorman.com
mweber@crowleynorman.com

Jeffrey J. Angelovich
3600 North Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
(512) 328-5333
jangelovich@npraustin.com

William Curtis Webb
Fields Alexander
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
cwebb@beckredden.com
falexander@beckredden.com

*Lead Attorneys for the Settling Plaintiffs in the Delta Air Lines, Inc. Action*

2

**ARNOLD & PORTER LLP**

By: /s/ Robert C. Mason
Robert C. Mason
399 Park Avenue
New York, NY 10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
kgallo@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019

**WILLKIE FARR & GALLAGHER LLP**

Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
kravelo@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated:

_____
Brooklyn, New York

_____
United States District Judge