UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Performance Food Group, Inc. v. Visa U.S.A., Inc., et al.*, No. 13-cv-04822 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiff Performance Food Group, Inc. in the action *Performance Food Group, Inc. v. Visa. U.S.A., Inc., et al.*, No. 13-cv-04822 (E.D.N.Y.) (JG) (JO), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y.) ("Plaintiff"), having fully settled all of its claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: 9/12, 2014.

PEARSON, SIMON & WARSHAW, LLP

By: _____
Clifford H. Pearson
Daniel L. Warshaw
Alexander R. Safyan
15165 Ventura Boulevard, Suite 400
Shearman Oaks, CA 91403
(818) 788-8300
cpearson@pswlaw.com

Bruce L. Simon
Aaron M. Sheanin
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
bsimon@pswlaw.com

*Attorneys for Plaintiff in the Performance Food Group, Inc. Action*

**EZRA BRUTZKUS GUBNER LLP**

Steven T. Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
sgubner@ebg-law.com

*Attorneys for Plaintiff in the Performance Food Group, Inc. Action*

**ARNOLD & PORTER LLP**

By: _____
Robert C. Mason
399 Park Avenue
New York, NY 10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

2

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC   20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
2001 K Street, NW
Washington, DC   20006
(202) 223-7300
kgallo@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019

3

        **WILLKIE FARR & GALLAGHER LLP**

            Keila D. Ravelo
            Wesley R. Powell
            Matthew Freimuth
            787 Seventh Avenue
            New York, NY   10019
            (212) 728-8000
            kravelo@willkie.com

        *Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated:

_____      _____
Brooklyn, New York                             United States District Judge