UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Smith v. Visa U.S.A., Inc., et al.*, No. 13-cv-04582 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiff in the action *Smith v. Visa U.S.A., Inc., et al.*, No. 13-cv-04582 (E.D.N.Y.) (JG) (JO), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y.) ("Plaintiff"), having fully settled all of its claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: 9/12, 2014.

        **PEARSON, SIMON & WARSHAW, LLP**

        By: _____
        Clifford H. Pearson
        Daniel L. Warshaw
        Alexander R. Safyan
        15165 Ventura Boulevard, Suite 400
        Shearman Oaks, CA   91403
        (818) 788-8300
        cpearson@pswlaw.com

        Bruce L. Simon
        Aaron M. Sheanin
        44 Montgomery Street, Suite 2450
        San Francisco, CA   94104
        bsimon@pswlaw.com

        *Attorneys for Plaintiff in the Smith Action*

        **ARNOLD & PORTER LLP**

        By: _____
        Robert C. Mason
        399 Park Avenue
        New York, NY   10022
        (212) 715-1000
        robert.mason@aporter.com

        Robert J. Vizas
        Three Embarcadero Center, 10th Floor
        San Francisco, CA   94111

        Mark R. Merley
        Matthew A. Eisenstein
        555 12th Street, NW
        Washington, DC   20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____/s/ Kenneth A. Gallo_____
Kenneth A. Gallo
2001 K Street, NW
Washington, DC   20006
(202) 223-7300
kgallo@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019

**WILLKIE FARR & GALLAGHER LLP**

Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
kravelo@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

3

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                         United States District Judge