UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br>*Progressive Casualty Insurance Co., et al. v. Visa Inc., et al.*, No. 14-cv-00276 (E.D.N.Y.) (JG) (JO). | No. 14-MD-1720 (JG) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS Plaintiff Hewlett-Packard Company in the action *Progressive Casualty Insurance Co., et al. v. Visa Inc., et al.*, No. 14-cv-00276 (E.D.N.Y.) (JG) (JO), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y) ("the Settling Plaintiff"), having fully settled all of its claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs; and

WHEREAS because that dismissal will terminate and dispose of the claims and action of the Settling Plaintiff, and there are no pending counterclaims, cross-claims, or third-party claims to which the Settling Plaintiff is subject, there is no just reason for delay in entering judgment as to the Settling Plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

1

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Settling Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs, and, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of the Court is hereby directed to enter a judgment dismissing with prejudice all claims of Hewlett-Packard Company in *Progressive Casualty Insurance Co., et al. v. Visa, Inc., et al.*, No. 14-cv-00276 (E.D.N.Y.) (JG) (JO).

Dated: 10/23, 2014.

**GRANT & EISENHOFER P.A.**

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum
485 Lexington Avenue, 29th Floor
New York, NY  10017
lnussbaum@gelaw.com

*Counsel for Plaintiff Hewlett-Packard Company*

**ARNOLD & PORTER LLP**

By: /s/ Robert C. Mason
Robert C. Mason
399 Park Avenue
New York, NY  10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas, Esq.
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-3711

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC  20004

2

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Matthew Freimuth

Matthew Freimuth
Keila D. Ravelo
Wesley R. Powell
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mfreimuth@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Kenneth A. Gallo, Esq.
2001 K Street, N.W.
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants MasterCard International Incorporated and MasterCard Incorporated*

3

SO ORDERED:

_____   Dated: _____.
United States District Judge

4