UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Live Nation Entertainment, Inc. v. Visa, Inc., et al.*, No. 13-cv-05349 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiff in the action *Live Nation Entertainment, Inc. v. Visa, Inc., et al.*, No. 13-cv-05349 (E.D.N.Y.) (JG) (JO), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y.) ("Plaintiff"), having fully settled all of its claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: _Nov. 4_ , 2014.

**STRANGE & CARPENTER**

By: _____
     Brian R. Strange
     Keith Butler
     12100 Wilshire Blvd., Suite 1900
     Los Angeles, CA  90025
     (310) 207-5055
     lacounsel@earthlink.net

*Attorneys for Plaintiff in the Live Nation
Entertainment, Inc. Action*

**ARNOLD & PORTER LLP**

By: _Robert C Mason_____
     Robert C. Mason
     399 Park Avenue
     New York, NY   10022
     (212) 715-1000
     robert.mason@aporter.com

     Robert J. Vizas
     Three Embarcadero Center, 10th Floor
     San Francisco, CA   94111

     Mark R. Merley
     Matthew A. Eisenstein
     555 12th Street, NW
     Washington, DC   20004

2

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**WILLKIE FARR & GALLAGHER LLP**

By: _____
Matthew Freimuth
Keila D. Ravelo
Wesley R. Powell
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
mfreimuth@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Kenneth A. Gallo
2001 K Street, NW
Washington, DC   20006
(202) 223-7300
kgallo@paulweiss.com

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

3

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                    United States District Judge

4