UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Manheim, Inc. v. Visa, Inc., et al.*, No. 13-cv-05344 (E.D.N.Y.) (JG) (JO).<br><br>*AutoTrader Group, Inc. v. Visa, Inc., et al.*, No. 13-cv-05345 (E.D.N.Y.) (JG) (JO).<br><br>*Cox Media Group, LLC v. Visa, Inc., et al.*, No. 13-cv-05346 (E.D.N.Y.) (JG) (JO).<br><br>*Cox Communications, Inc. v. Visa, Inc., et al.*, No. 13-cv-05347 (E.D.N.Y.) (JG) (JO).<br><br>*Cox Enterprises, Inc. v. Visa, Inc., et al.*, No. 13-cv-05348 (E.D.N.Y.) (JG) (JO). | No. 14-md-01720 (JG) (JO)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiffs in the actions *Manheim, Inc. v. Visa, Inc., et al.*, No. 13-cv-05344 (E.D.N.Y.) (JG) (JO), *AutoTrader Group, Inc. v. Visa, Inc., et al.*, No. 13-cv-05345 (E.D.N.Y.) (JG) (JO), *Cox Media Group, LLC v. Visa, Inc., et al.*, No. 13-cv-05346 (E.D.N.Y.) (JG) (JO), *Cox Communications, Inc. v. Visa, Inc., et al.*, No. 13-cv-05347 (E.D.N.Y.) (JG) (JO), and *Cox Enterprises, Inc. v. Visa, Inc., et al.*, No. 13-cv-05348 (E.D.N.Y.) (JG) (JO), which are included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720-JG-JO (E.D.N.Y.) (collectively the "Plaintiffs"), having fully settled all of their respective claims against the Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through their

undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims and actions against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and actions of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: _Nov. 4_, 2014.

**STRANGE & CARPENTER**

By: _/s/_

Brian R. Strange
Keith Butler
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
(310) 207-5055
lacounsel@earthlink.net

*Attorneys for Plaintiffs in the Manheim, Inc., AutoTrader Group, Inc., Cox Media Group, LLC, Cox Communications, Inc., and Cox Enterprises, Inc. Actions*

**ARNOLD & PORTER LLP**

By: _Robert C. Mason_

Robert C. Mason
399 Park Avenue
New York, NY 10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**WILLKIE FARR & GALLAGHER LLP**

By: _____
Matthew Freimuth
Keila D. Ravelo
Wesley R. Powell
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mfreimuth@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
kgallo@paulweiss.com

3

                                                Andrew C. Finch
                                                Gary R. Carney
                                                1285 Avenue of the Americas
                                                New York, NY   10019

                                                *Attorneys for Defendants MasterCard*
                                                *Incorporated and MasterCard International*
                                                *Incorporated*

**SO ORDERED:**

Dated:


_____            _____
Brooklyn, New York                                       United States District Judge