**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies to:**<br>*Salveson, et al. v. JP Morgan Chase & Co., et al.* | Main Docket Case No: 14-MD-01720 (JG) (JO)<br><br>Member Case No: 1:14-cv-03529 (JG) (JO)<br><br>**AMENDED NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Melvin Salveson, Edward Lawrence, Dianna Lawrence, and Wendy M. Adams, individuals and on behalf of themselves and those similarly situated, hereby appeal to the United States District Court of Appeals for the Second Circuit from the Memorandum Opinion and Order dated November 26, 2014, the judgment entered in this action on December 4, 2014, and the Memorandum and Order entered in this action on February 24, 2016.

Dated: March 4, 2016         **ALIOTO LAW FIRM**
San Francisco, California

                                      */s/ Joseph M. Alioto*
                             By: JOSEPH M. ALIOTO
                                  ALIOTO LAW FIRM
                                  One Sansome Street, 35th Floor
                                  San Francisco, CA  94104
                                  Telephone:  415-434-8900
                                  Facsimile:  415-434-9200

                                  *Attorneys for the Salveson Plaintiffs*

1